SEAFORD ET AL., APPELLEES, *v.* NORFOLK SOUTHERN
RAILWAY COMPANY, APPELLANT.

[Cite as *Seaford v. Norfolk S. Ry. Co.,*
106 Ohio St.3d 430, 2005-Ohio-5407.]

(No. 2005–0172—Submitted August 23, 2005—Decided October 26, 2005.)

{¶ 1} The judgment of the court of appeals on the issue raised in appellant's Proposition of Law No. IV is reversed on the authority of *Hess v. Norfolk S. Ry. Co.,* 106 Ohio St.3d 389, 2005-Ohio-5408, 835 N.E.2d 679, and the cause is remanded to the trial court for application of *Hess.*

RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

MOYER, C.J., and LANZINGER, J., dissent.

Brent Coon & Associates, Christopher J. Hickey, and Mary Brigid Sweeney; Kevin E. McDermott, for appellees.

Gallagher, Sharp, Fulton & Norman, Kevin C. Alexandersen, Monica A. Sansalone, and Holly M. Olarczuk–Smith, for appellant.